Argued and submitted March 3, decision of the Court of Appeals and judgment of the
district court are affirmed May 6, 1993

## STATE OF OREGON,
*Respondent on Review,*

*v.*

## DAVID R. BRAWNER,
*Petitioner on Review.*

(DC P128161; CA A67877; S39660)

850 P2d 359

Donald P. Roach, Portland, argued the cause and filed the petition for petitioner on review.

Jonathan H. Fussner, Assistant Attorney General, Salem, argued the cause for respondent on review.

MEMORANDUM OPINION

The decision of the Court of Appeals and the judgment of the district court are affirmed. *State v. Trenary*, 316 Or 172, 850 P2d 356 (1993).